MURIEL SIEBERT & CO., INC., Respondent, v INTUIT, INC., Appellant.

Submitted February 22, 2005; decided March 29, 2005

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of ANDREW J. SPANO, as County Executive of the County of Westchester, et al., Appellants, v ANTONIA C. NOVELLO, as Commissioner of Health, et al., Respondents.

Submitted January 31, 2005; decided March 29, 2005

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

MATTHEW L. VAN COPPENOLLE, Respondent, v ANITA VAN COPPENOLLE, Also Known as ANITA BARNES, Appellant.

Submitted February 14, 2005; decided March 29, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

XAO HE LU, Appellant, v STEVEN B. ROSS, Respondent.

Submitted March 7, 2005; decided March 29, 2005

Appeal, insofar as taken from the Appellate Division order denying appellant's motion for reconsideration, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.